# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| ANTHONY FRANCHI, Individually and On Behalf of All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SOUTHCROSS ENERGY PARTNERS, L.P., )<br>SOUTHCROSS ENERGY PARTNERS GP, )<br>LLC, BRUCE A. WILLIAMSON, DAVID W. )<br>BIEGLER, ANDREW A. CAMERON, )<br>NICHOLAS J. CARUSO, JR., JASON H. )<br>DOWNIEM JERRY W. PINKERTON, )<br>RANDALL S. WADE, AMERICAN )<br>MIDSTREAM PARTNERS, LP, AMERICAN )<br>MIDSTREAM PARTNERS GP, LLC, and )<br>CHEROKEE MERGER SUB LLC, )<br>)<br>Defendants. ) | Case No. 3:18-cv-00179-D<br><br>JURY TRIAL DEMANDED<br><br>CLASS ACTION |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Anthony Franchi ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to Plaintiff only, and without prejudice as to Plaintiff's claims on behalf of the putative class in the Action. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

|  |  |
|---|---|
| Dated: May 18, 2018 | **KENDALL LAW GROUP, PLLC** |
|  | By: **/S/ Joe Kendall** |
| **OF COUNSEL:** | Joe Kendall |
|  | Texas Bar No. 11260700 |
| **RIGRODSKY & LONG, P.A.** | jkendall@kendalllawgroup.com |
| 300 Delaware Avenue, Suite 1220 | Jamie J. McKey |
| Wilmington, DE 19801 | Texas Bar No. 24045262 |
| Telephone: (302) 295-5310 | jmckey@kendalllawgroup.com |
| Facsimile: (302) 654-7530 | 3232 McKinney Avenue, Suite 700 |
|  | Dallas, TX 75204 |
| **RM LAW, P.C.** | Telephone: (214) 744-3000 |
| 1055 Westlakes Drive, Suite 300 | Facsimile: (214) 744-3015 |
| Berwyn, PA 19312 |  |
| Telephone: (484) 324-6800 | *Attorneys for Plaintiff* |
| Facsimile: (484) 631-1305 |  |

2